# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-3192

_____

Glen Broemer,                              *
                                           *
            Appellant,                     *
                                           *
    v.                                     *   Appeal from the United States
                                           *   District Court for the District
Central Intelligence Agency;               *   of Minnesota.
Does 1-20; Laura Wallick; Dawn             *
Broemer,                                   *        [UNPUBLISHED]
                                           *
            Defendants.                    *

_____

Submitted:  January 30, 2001

Filed:  February 2, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Glen Broemer appeals from the district court's[1] pre-service dismissal of his complaint under 28 U.S.C. § 1915(e)(2)(B).  Having carefully reviewed the record and

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

Mr. Broemer's appellate brief, we conclude that the dismissal was proper. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.